UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JENNIFER L. LOMBRANO, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-0872 (DLF) |
| | ) | |
| DEPARTMENT OF THE AIR FORCE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant, Department of the Air Force, by and through undersigned counsel, hereby answers Plaintiff's Amended Complaint, ECF No. 12-4.  Defendant denies each allegation of the Amended Complaint not expressly admitted in its Answer and admits, denies, or otherwise responds to the numbered paragraphs of the Amended Complaint as follows:

## COMPLAINT[1]

### (Privacy Act, 5 U.S.C. § 552a)

### *Jurisdiction*

1.      The allegations contained in Paragraph 1 are conclusions of law to which no response is required.  To the extent a response is required, Defendant admits that this Court has jurisdiction under 5 U.S.C. § 552a.

---

[1]    For ease of reference, Defendant refers to Plaintiff's headings and titles, but to the extent those headings could be construed to contain factual allegations concerning Defendant, those allegations are denied.

### *Venue*

2.      The allegations contained in Paragraph 2 are conclusions of law to which no response is required.  To the extent a response is required, Defendant admits that this Court has venue under 28 U.S.C. § 1391(b) and that Defendant's principal headquarters is located in the District of Columbia.

### *Parties*

3.      Defendant admits that Plaintiff is a United States Citizen, was employed by the United States Public Health Service as a commissioned officer in the United States Public Health Service and was honorably discharged in February 2021.  With respect to the remaining allegation, Defendant lacks knowledge or information to form a belief as to the truth of the allegation.

4.      Defendant admits the allegations contained in Paragraph 4.

### *Statute of Limitations*

5.      The allegations contained in Paragraph 5 are conclusions of law and purport to characterize a Privacy Act statutory provision (5 U.S.C. § 552a(g)(5)) which is the best evidence of its contents.  Defendant denies the allegations to the extent they are inconsistent with the statute.

### *Statutory Framework*

6.      The allegations contained in Paragraph 6 are conclusions of law and purport to characterize a Privacy Act statutory provision (5 U.S.C. §552a(a)(3)) which is the best evidence of its contents.  Defendant denies the allegations to the extent they are inconsistent with the statute.

7.      The allegations contained in Paragraph 7 are conclusions of law and purport to characterize a Privacy Act statutory provision (5 U.S.C. §552a(a)(3)) which is the best evidence of its contents.  Defendant denies the allegations to the extent they are inconsistent with the statute.

8.      Paragraph 8 contains legal conclusions and purport to characterize a statute, which is the best evidence of its contents.  Defendant denies the allegations to the extent they are inconsistent with the statute.

9.      Paragraph 9 consists of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant denies.

10.     Paragraph 10 consists of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant denies.

### *Predicate Factual Background*

11.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11.

12.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12.

13.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13.

14.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14.

15.     Defendant admits the allegations contained in Paragraph 15

16.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 regarding a Memorandum of Agreement, date of employment with the SouthCentral Foundation, conditions of her employment, or her date of termination.  Defendant admits that Plaintiff was an Oral and Maxillofacial surgeon on active duty, serving as a commissioned corps officer in the United States Public Health Service.

17.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17.

18.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18.

### *The Unlawful and Improper Dissemination of Information Maintained by the Air Force in Plaintiff's Case*

19.    Defendant incorporates its responses to Paragraphs 1–18 as if set forth fully herein.

20.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20.

21.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21.

22.    Defendant admits the allegations contained in Paragraph 22.

23.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23.

24.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24.

25.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25.

26.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26.

27.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27.

- 4 -

28. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28.

29. With respect to the allegations contained in Paragraph 29, Defendant admits that hospital officials seized a substance infused with THC, the metabolite for marijuana, during an inventory search, and avers that the substances seized were THC capsules, but lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 29.

30. With respect to the allegations contained in Paragraph 30, Defendant admits that law enforcement investigator, Wyatt Eichner, arrived at the inpatient Behavioral Health Unit, avers that Mr. Eichner seized the THC capsules, denies that he questioned Plaintiff, but lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 30.

31. Defendant admits that on August 15, 2020, Plaintiff met with Colonel Christine Campbell, United States Air Force, an attending psychiatrist in the inpatient psychiatric unit at Joint Base Elmendorf-Richardson, and avers that on an unknown date, Plaintiff explained that she intended to seek treatment at an inpatient facility in Seattle, Washington. Defendant lacks knowledge or information sufficient to form a belief as to the remaining allegations contained in Paragraph 31.

32. In response to the allegations contained in Paragraph 32, Defendant avers that Colonel Campbell made a disclosure in accordance with paragraph 6.6, Air Force Instruction 44-172 and Department of Defense Instruction 6490.08.

33. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33.

34.    In response to the allegations contained in Paragraph 34, Defendant denies that Plaintiff made a formal complaint and avers that Plaintiff was concerned about a HIPPA violation during a conversation with Colonel Sunderland.

35.    Defendant denies the allegations contained in Paragraph 35.

36.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36.

37.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first portion of Paragraph 37.  The remaining allegations contained in Paragraph 37 constitute conclusions of law to which no response is required.

Unnumbered 38.  Defendant denies the allegations contained in unnumbered Paragraph 38.

39.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39.

### *Legal Claim*

**The actions of the United States Air Force violated the Privacy Act.**

40.    Defendant incorporates its responses to Paragraphs 1–39 as if set forth fully herein.

41.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 41

42.    Defendant denies the allegations in this Paragraph.

43.    Defendant denies the allegations in this Paragraph.

44.    Defendant denies the allegations in this Paragraph

45.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 45.

46.     Defendant denies the allegations in this Paragraph.

## PRAYER FOR RELIEF

The remaining portions of the Complaint contain Plaintiff's request for relief to which no response is required.  To the extent that a response is required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

Any allegations not specifically admitted, denied, or otherwise responded to are hereby denied.  In further response to the Amended Complaint, Defendant raises the following defenses. Defendant respectfully reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to Complaint become known to Defendant throughout the course of this litigation.

## FIRST DEFENSE

Plaintiff has failed to state a claim against Defendant under the Privacy Act, 5 U.S.C. § 552a, upon which relief can be granted.

## SECOND DEFENSE

Any disclosures of information by Defendant were authorized under 5 U.S.C. § 552a(b).

Dated: February 23, 2022
Washington, D.C.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, D.C. Bar #6279766
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530
(202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendant*