**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JENNIFER L. LOMBRANO,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF THE AIR FORCE,<br><br>        Defendant. | Civil Action No. 1:21-cv-00872 DLF |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Dr. Jennifer L. Lombrano, by and through undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 56 for summary judgment in favor of the Plaintiff's complaint. As demonstrated by the accompanying Memorandum and all "pleadings, depositions, answers to interrogatories, and admissions on file," Plaintiff is entitled to judgment as a matter of law.

Dated: March 7, 2025

Respectfully submitted,

*/s/ Dylan Thayer*
Dylan Thayer
DC Bar No. 90015821

/s/*David P. Sheldon*
David P. Sheldon
DC Bar No. 446039

Law Offices of David P. Sheldon, P.L.L.C.
100 M Street, S.E., Suite 600
Washington, DC  20003
Tel: 202.546.9575
Fax: 202.546.0135

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, undersigned, hereby certify that a true and correct copy of the foregoing was filed electronically with the Court's ECF electronic filing system and delivered electronically to counsel of record for the Defendant, listed below, on March 7, 2025:

Dedra S. Curteman
Dedra.Curteman@usdoj.gov                                                       /s/*Dylan Thayer*
                                                                                                    Dylan Thayer