## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER L. LOMBRANO, *Plaintiff,* v. DEPARTMENT OF THE AIR FORCE, *Defendant.* | No. 21-cv-00872 (DLF) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiff's Motion for Summary Judgment, Dkt. 39, is **DENIED**. It is further

**ORDERED** that the defendant's Cross-Motion for Summary Judgment, Dkt. 44, is **GRANTED** as to the plaintiff's Privacy Act claim regarding Colonel Christine Campbell's alleged disclosures and **DENIED** as to the plaintiff's Privacy Act claim regarding the JBER security police officer's alleged disclosures. Finally, it is

**ORDERED** that the parties shall file on or before April 17, 2026, a joint status report proposing a schedule for further proceedings.

**SO ORDERED.**

March 31, 2026

DABNEY L. FRIEDRICH
United States District Judge